## <u>AFFIDAVIT OF SERVICE BY MAIL</u>

STATE OF NEW YORK    )
                              ) ss.:
COUNTY OF SUFFOLK    )

       The undersigned being duly sworn, deposes and says:

       Deponent is not a party to this action, is over 18 years of age and resides at Kings Park, New York.

       That on November 10, 2008, deponent served the annexed NOTICE OF MOTION, DECLARATION AND MEMORANDUM OF LAW IN SUPPORT OF SUMMARY JUDGMENT MOTION on:

       JOSEPH A. SOLOW
       Attorney for Plaintiff
       330 Vanderbilt Motor Parkway
       Suite 400
       Hauppauge, New York 11788
       (631) 231-1450

       BRIAN A. ANDREWS
       SLEDJESKI & TIERNEY, P.L.L.C.
       Attorneys for Defendants
       TOWN OF RIVERHEAD,
       TOWN OF RIVERHEAD POLICE
       DEPARTMENT, RAY GRONEMAN,
       THOMAS LESSARD
       18 First Street, P.O. Box 479
       Riverhead, NY 11901
       (631) 727-1515

the address designated by said attorneys for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office.

                             _____/S/_____
                                   Iwona Swieczkowski

Sworn to before me this
10th day of November, 2008

_____
NOTARY PUBLIC