**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
CHARLIE GREEN,

                Plaintiff,

                                          **ORDER**
            -against-                          07-CV-1980(ADS)(ETB)

RAY GRONEMAN, THOMAS LASARDE,
RIVERHEAD TOWN POLICE
DEPARTMENT, and TOWN OF RIVERHEAD

                Defendants.
-----------------------------------------------------------X

**APPEARANCES:**

**CHARLIE GREEN**
*Pro se Plaintiff*
9 Mill Lane
Medford, NY 11763

**THOMAS C. SLEDJESKI & ASSOCIATES, PLLC**
*Attorneys for the Defendants Town of Riverhead,*
*Ray Groneman, and Thomas Lasarde*
18 First Street
P.O. Box 479
Riverhead , NY 11901
        By:    Brian A. Andrews, Esq., of counsel

**SPATT, District Judge.**

      On October 26, 2012, the Plaintiff Charlie Green filed a motion for an order pursuant to Rule 15 of the Federal Rules of Civil Procedure, requesting that this case be reopened. As an initial matter, it does not appear to the Court that the Defendants were served with the motion papers. Pursuant to Local Civil Rule 6.1, "[o]n all civil motions, petitions, and applications . . . the notice of motion, supporting affidavits, and memoranda of law shall be served by the moving party on all other parties that have appeared in the action." The attorneys for the Defendants should have been served.

1

In any event, whether the Defendants' counsel was served or not, there is no basis in fact or law to support the Plaintiff's motion pursuant to Rule 15, which concerns the amendment of pleadings. Therefore, the Plaintiff's motion is denied.

**SO ORDERED.**
Dated: Central Islip, New York
November 7, 2012

                                            ___*/s/ Arthur D. Spatt*_____
                                             ARTHUR D. SPATT
                                     United States District Judge